ORIGINAL

**FILED**
SEP 0 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513
5  Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ALFREDO R MONTANO | Case No. 08-54607 CN |
| MARY R MONTANO | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497137 for an unclaimed dividend in the amount of $11.52. The name and address of the claimant entitled to the unclaimed dividend is as follows;

ALFREDO R MONTANO
MARY R MONTANO
851 BUENA VISTA RD
HOLLISTER, CA 95023

Dated: September 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 08-54607   Doc# 78   Filed: 09/07/11   Entered: 09/13/11 13:27:10   Page 1 of 1
08-54607 CN - Notice of Unclaimed Dividend